UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF IOWA

Moulay Tidriri                     Case No. 4:19-cv-00321-RP-HCA

Plaintiff                          Notice of Appeal

The Board of Regents, et al.,

Defendants.

Notice is herby given that Moulay Tidriri in the above named case, hereby appeal to the United States Court of Appeals for the 8th Circuit from the judgement entered in this action on the 25 day of September, 2020.

*M. Tidriri*

Dated this 21 day of October 2020.
Moulay Tidriri
P.O. Box 222 Gilbert, Iowa 50105
Email: mtctyasa@gmail.com

RECEIVED OCT 2 3 2020 CLERK U.S. DISTRICT COURT SOUTHERN DISTRICT OF IOWA

M. Tidrivi
P.O. Box 222
Gilbert, IA 50105



DES MOINES IA 500
21 OCT 2020 PM 3

The district court for the Southern District of Iowa
Clerk of Court
123 East Walnut Street
Room 300
Des Moines, Iowa 50309

50309-208499